# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| BRANCH BANKING and TRUST COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV413-078<br>) |
| THOMAS R. TAGGART, | )<br>) |
| Defendant. | ) |

## ORDER

In light of defendant's bankruptcy and the 11 U.S.C. § 362 stay, doc. 12, the Clerk shall **ADMINISTRATIVELY CLOSE** this case without prejudice to the right of any party with standing to reopen it. *See In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

**SO ORDERED,** this 2nd day of April, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA